IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GRAND RIVER ENTERPRISES SIX
NATIONS LTD.,

                   Plaintiff,                              ORDER

    v.

                                                                       13-cv-104-wmc

VMR PRODUCTS LLC, d/b/a V2 CIGS,

                   Defendant.

The court held a telephonic hearing in this matter today and took up plaintiff Grand River Enterprises Six Nations Ltd.'s motion to supplement the summary judgment record (dkt. #127) and defendant VMR Products LLC's motion for a protective order, precluding Grand River from taking certain depositions (dkt. #129). For the reasons discussed during the hearing, the court ruled that: (1) plaintiff's motion to supplement the record is denied; and (2) defendant's motion for a protective order is granted, except that VMR Products is required to produce and stipulate to updated information with respect to its monthly and annual sales numbers pursuant to the parties' agreement during today's telephonic hearing.

                                                        ORDER

IT IS ORDERED that:

1) Plaintiff Grand River Enterprises Six Nations Ltd.'s Motion to Supplement the Summary Judgment Record (dkt. #127) is DENIED.

2) Defendant VMR Products LLC's Motion for Protective Order (dkt. #129) is GRANTED IN PART and DENIED IN PART consistent with the above.

Entered this 23rd day of April, 2014.

                                               BY THE COURT:

                                               /s/
                                               WILLIAM M. CONLEY
                                               District Judge